**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HOPE SCHULTZ, individually, and on behalf of the Estate of Michael Schultz,<br><br>    Plaintiff,<br><br>        v.<br><br>FRESENIUS USA, INC.; FRESENIUS USA MANUFACTURING, INC.; FRESENIUS MEDICAL CARE HOLDINGS, INC.; FRESENIUS MEDICAL C ARE NORTH AMERICA, INC.; FRESENIUS USA MARKETING, INC.; and FRESENIUS SALES, INC., KGAA<br><br>    Defendants. | CIVIL ACTION NO. 3:12-CV-2518<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 21st day of December, 2012, **IT IS HEREBY ORDERED** that Plaintiff Hope Schultz is given leave to file an amended complaint within twenty-one (21) days from the date of this order.  If Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge